REDONDO STEAMSHIP COMPANY, INC., Respondent, *v.* IRVING BANK-COLUMBIA TRUST COMPANY, Respondent, and KERR STEAMSHIP COMPANY, INC., et al., Appellants, Impleaded with Another.

(Argued February 19, 1929; decided March 19, 1929.)

*Elkan Turk, Max Zaliels, Benjamin Wiener* and *Herman Goldman* for appellants.

*Edward H. Wilson* and *John J. Kean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.